IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT ROBINSON       :      CIVIL ACTION
                          :
        vs.               :
                          :
SUP'T, SCI SOMERSET, et al.      :      NO.   13-6918

**O R D E R**

     **AND NOW**, this  17th   day of December, 2014, upon consideration of the

pleadings and record herein, and after review of the Report and Recommendation of United

States Magistrate Judge Thomas J. Rueter and Petioner's objections thereto, it is hereby

**ORDERED**:

     1.  Petitioner's objections to the Magistrate Judge's Report and Recommendation

        are **OVERRULED**;

     2.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

     3.   Petitioner's petition for a writ of habeas corpus is **DENIED**; and

     4.   There is no probable cause to issue a certificate of appealability.

                          BY  THE  COURT:


                          /s/ Robert F. Kelly
                          ROBERT  F. KELLY
                          SENIOR  JUDGE